IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSE JOVETT                                                             PLAINTIFF

         v.                    Civil No.  14-5353

RICK YAGER; and the CITY
OF ROGERS POLICE DEPARTMENT                           DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis*.

When he filed this case, the Plaintiff was incarcerated in the Washington County Detention Center (WCDC).  He was specifically advised that he had the obligation to immediately notify the Court of any changes in his address (Doc. 3).

By order entered on November 14, 2014 (Doc. 3), the Plaintiff was directed to file an amended complaint by November 28, 2014.  To date, he has not filed the amended complaint.

On January 13, 2015, mail was returned to the Court as undeliverable with a notation that the Plaintiff was no longer in the WCDC.  The Court has no other address for the Plaintiff.  Plaintiff has not communicated with the Court in anyway since he filed his complaint.

I therefore recommend that this case be dismissed based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file**

**timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of March 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)